NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JANSSEN ORTHO, LLC,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2020-1663

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00296-JCG, Judge Jennifer Choe-Groves.

---

**O R D E R**

---

Before PROST, *Chief Judge,* MAYER and WALLACH, *Circuit Judges.*

PER CURIAM.

Before the court is the parties' April 21, 2021, joint response to the Order to Show Cause.  The parties have agreed there is no need for redactions.  Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on April 13, 2021 is hereby unsealed.

FOR THE COURT

April 26, 2021                    /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court